COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-316-CV

CAROLYN W. QUIST, D.O. APPELLANT

V.

SPRING TYRONE AND APPELLEES

CHRISTOPHER TYRONE

----------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Unopposed Motion To Dismiss Appeal With Prejudice”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

The parties shall bear their own costs of appeal
, for which let execution issue.

PER CURIAM

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: November 17, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.